B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**District of North Dakota**

IN RE:  Case No. _____

Alvstad, Randy E  Chapter 7
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 150,271.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 115,288.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 427,285.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $ 1,861.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 2,498.00 |
| TOTAL | | 23 | $ 150,271.00 | $ 542,573.81 | |

©1993-2013 EZ-Filing, Inc.

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of North Dakota

IN RE:                                                 Case No. _____

Alvstad, Randy E                                  Chapter 7
_____
                         Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

©1993-2013 EZ-Filing, Inc.

B6A (Official Form 6A) (12/07)

IN RE Alvstad, Randy E _____  Case No. _____
       Debtor(s)                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

**IN RE Alvstad, Randy E** _____  Case No. _____
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Affinity First Federal Credit Union**<br>Minot, ND<br>personal account no. XX-XX4300; current balance: $30.00<br>business account no. XX7710; current balance: $30.00 | | 60.00 |
| | | **Gate City Bank**<br>Minot, ND<br>account no. XXXXXXX3764; current balance: $-100.00 (account opened to purchase camper)<br>account no. XXXXXXX6605; current balance: $-100.00 (this account is a joint account with Kimberly Hamilton) | | 2.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | sofa: $25;  2 living room chairs: $10;  living room table: $1;  living room TV: $25;  living room VCR: $1;  living room stereo: $2;  living room lamp: $1;  silverware: $5;  kitchen table and 4 chairs: $5;  stove: $10;  microwave: $5;  refrigerator: $5;  freezer: $10;  washer: $25;  dryer: $25;  computer equipment: $50;  bedroom TV: $50;  bedroom radio: $2;  bedroom lamp: $2;  tools: $100; | | 359.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 25 Aught6: $150;  9 MM pistol: $100; | | 250.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Alvstad, Randy E _____ Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Ford F-150<br>value: $20,000.00<br>owe: $22,000.00 | | 20,000.00 |
| | | 2012 Arctic Cat Quad Side By Side<br>value: $15,000.00<br>owe: $13,000.00 | | 15,000.00 |
| | | 2012 Ford F-150<br>value: $20,000.000 | | 20,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE Alvstad, Randy E** _____ Case No. _____
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
|  |  | owe: $18,000.00<br>This vehicle belongs to the debtor's son. Debtor is a co-signer on the loan. |  |  |
|  |  | **2014 Chevy 1/2 Ton Crew Cab**<br>value: $39,000.00<br>owe: $42,000.00 |  | 39,000.00 |
|  |  | **Rapture 5th Wheel Camper**<br>value: $40,000.00<br>owe: $41,747.00 |  | 40,000.00 |
| 26. Boats, motors, and accessories. | X |  |  |  |
| 27. Aircraft and accessories. | X |  |  |  |
| 28. Office equipment, furnishings, and supplies. | X |  |  |  |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X |  |  |  |
| 30. Inventory. | X |  |  |  |
| 31. Animals. | X |  |  |  |
| 32. Crops - growing or harvested. Give particulars. | X |  |  |  |
| 33. Farming equipment and implements. | X |  |  |  |
| 34. Farm supplies, chemicals, and feed. | X |  |  |  |
| 35. Other personal property of any kind not already listed. Itemize. |  | **1979 Schult Mobile Home**<br>value: $15,000.00<br>owe: $0 |  | 15,000.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TOTAL**　　150,271.00

_____**0**_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE Alvstad, Randy E _____    Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash on hand | NDCC § 28-22-03.1(1) | 100.00 | 100.00 |
| Affinity First Federal Credit Union Minot, ND<br>personal account no. XX-XX4300; current balance: $30.00<br>business account no. XX7710; current balance: $30.00 | NDCC § 28-22-03.1(1) | 60.00 | 60.00 |
| Gate City Bank Minot, ND<br>account no. XXXXXXX3764; current balance: $-100.00 (account opened to purchase camper)<br>account no. XXXXXXX6605; current balance: $-100.00 (this account is a joint account with Kimberly Hamilton) | NDCC § 28-22-03.1(1) | 2.00 | 2.00 |
| sofa: $25; 2 living room chairs: $10; living room table: $1; living room TV: $25; living room VCR: $1; living room stereo: $2; living room lamp: $1; silverware: $5; kitchen table and 4 chairs: $5; stove: $10; microwave: $5; refrigerator: $5; freezer: $10; washer: $25; dryer: $25; computer equipment: $50; bedroom TV: $50; bedroom radio: $2; bedroom lamp: $2; tools: $100; | NDCC § 28-22-03.1(1) | 359.00 | 359.00 |
| wearing apparel | NDCC § 28-22-02(5) | 500.00 | 500.00 |
| 25 Aught6: $150; 9 MM pistol: $100; | NDCC § 28-22-03.1(1) | 250.00 | 250.00 |
| 2012 Arctic Cat Quad Side By Side<br>value: $15,000.00<br>owe: $13,000.00 | NDCC § 28-22-03.1(1) | 2,000.00 | 15,000.00 |
| 2012 Ford F-150<br>value: $20,000.000<br>owe: $18,000.00<br>This vehicle belongs to the debtor's son. Debtor is a co-signer on the loan. | NDCC § 28-22-03.1(2) | 2,000.00 | 20,000.00 |
| 2014 Chevy 1/2 Ton Crew Cab<br>value: $39,000.00<br>owe: $42,000.00 | NDCC § 28-22-03.1(1) | 2.00 | 39,000.00 |
| 1979 Schult Mobile Home<br>value: $15,000.00<br>owe: $0 | NDCC § 28-22-02(10) | 15,000.00 | 15,000.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

**IN RE Alvstad, Randy E** _____ Case No. _____
                                Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Affinity First Federal Credit Union<br>811 South Broadway<br>Minot, ND 58701 | | | co-signed loan and quad<br><br>VALUE $ 15,000.00 | | | | 13,000.00 | |
| ACCOUNT NO.<br>Ally Financial<br>PO Box 13625<br>Philadelphia, PA 19101 | | | 2014 Chevy 1/2 ton crew cab<br><br>VALUE $ 39,000.00 | | | | 42,000.00 | 3,000.00 |
| ACCOUNT NO.<br>Ally Financial<br>PO Box 951<br>Horsham, PA 19044 | | | Assignee or other notification for:<br>Ally Financial<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Gate City Bank<br>Broadway @ 11th Ave. SW<br>Minot, ND 58701 | | | camper<br><br>VALUE $ 40,000.00 | | | | 41,747.00 | 1,747.00 |

___1___ continuation sheets attached

                                                  Subtotal (Total of this page) | $ 96,747.00 | $ 4,747.00

                                                  Total (Use only on last page) | $ | $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

**IN RE Alvstad, Randy E** _____ Case No. _____
                                                  Debtor(s)                                                                     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1496**<br>**The Fifth Third Bank**<br>**PO Box 630778**<br>**Cincinnati, OH 45263-0778** | | | **2008 Ford F-150**<br><br>VALUE $ **20,000.00** | | | | 541.53 | |
| ACCOUNT NO.<br>**Wells Fargo**<br>**PO Box 6412**<br>**Carol Stream, IL 60197-6412** | | | **2012 Ford F-150 (this is the debtor's son's vehicle) debtor is a co-signer on this loan**<br><br>VALUE $ **20,000.00** | | | | 18,000.00 | |
| ACCOUNT NO.<br>**Wells Fargo**<br>**420 Montgomery St.**<br>**San Francisco, CA 94104** | | | **Assignee or other notification for: Wells Fargo**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Wells Fargo**<br>**PO Bo X29704**<br>**Phoenix, AZ 29704** | | | **Assignee or other notification for: Wells Fargo**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                              Subtotal
                               (Total of this page)    $ **18,541.53**   $

                                                   Total
                             (Use only on last page)   $ **115,288.53**   $ **4,747.00**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

IN RE **Alvstad, Randy E** _____   Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE Alvstad, Randy E _____ Case No. _____
                                                 Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9659 <br> Advance Point Capital <br> 51 Haddonfield Road, Suite 135 <br> Cherry Hill, NJ 08002 | | | business loan | | | | 19,000.00 |
| ACCOUNT NO. <br> Affinity First Federal Credit Union <br> 811 South Broadway <br> Minot, ND 58701 | | | co-signed loan with Tasha | | | | 1,578.27 |
| ACCOUNT NO. <br> American Freight Inc. <br> 2399 Merry Ln <br> White City, OR 97503 | | | | | | | 1,205.25 |
| ACCOUNT NO. 000M <br> Anderson, Bottrel, Sanden & Thompson <br> 4132 30th Ave. S, Ste. 100 <br> PO Box 10247 <br> Fargo, ND 58106-0247 | | | business / legal papers, transportation meters | | | | 1,200.00 |

_5_ continuation sheets attached

                                                                               Subtotal (Total of this page) $ **22,983.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Alvstad, Randy E _____   Case No. _____
  Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. X235<br>B & F Salvage<br>200 36th Ave. NE<br>Minot, ND 58703 | | | business / rented belly dump trailers | | | | 5,900.00 |
| ACCOUNT NO. 3944<br>CAN Capital Asset Servicing, Inc.<br>414 W. 14th St.<br>3rd Floor<br>New York, NY 10014 | | | business related debt | | | | 2,181.75 |
| ACCOUNT NO. 7078<br>Capital One Bank (USA), N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | | | revolving line of credit | | | | 526.02 |
| ACCOUNT NO. 0326<br>Citi Cards<br>Processing Center<br>Des Moines, IA 50363-0005 | | | revolving line of credit | | | | 1,010.00 |
| ACCOUNT NO.<br>Dixon Insurance, Inc.<br>PO Box 10307<br>Fargo, ND 58106 | | | civil case no. 51-2014-SC-00276 | | | | 1,559.44 |
| ACCOUNT NO. 6605<br>Gate City Bank<br>500 2nd Ave. N.<br>Fargo, ND 58102 | | | over drafted bank account | | | | 683.00 |
| ACCOUNT NO.<br>Gibsons Energy, LLC<br>D/B/A TPG Transport, LLC<br>3819 Town Crossing Blvd., Suite 100<br>Mesquite, TX 75150 | | | | | | | 12,244.83 |

Sheet no. __1__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 24,105.04

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Alvstad, Randy E _____   Case No. _____
                           Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000 <br> J.J. Keller & Associates, Inc. <br> PO Box 672 <br> Neenha, WI 54957-0672 | | | | | | | 351.62 |
| ACCOUNT NO. 6955 <br> J.J. Keller & Associates, Inc. <br> PO Box 672 <br> Neenah, WI 54957-0672 | | | | | | | 1,724.15 |
| ACCOUNT NO. <br> Keller Paving <br> 1820Hwy 2 Byspass E <br> Minot, ND 58701 | | | business / trailer rent | | | | 6,600.00 |
| ACCOUNT NO. 8995 <br> Polar Service Centers <br> 10468 First Street SW <br> Killdeer, ND 58640 | | | | | | | 4,824.23 |
| ACCOUNT NO. <br> Riviera Finance <br> 17 West 415 Roosevelt Road <br> Oakbrook Terrace, IL 60181 | | | business debt | | | | 1,371.61 |
| ACCOUNT NO. <br> Sundre Sand And Gravel <br> 6220 37th Ave. SE <br> Minot, ND 58701 | | | Assignee or other notification for: <br> Riviera Finance | | | | |
| ACCOUNT NO. 7562 <br> Sanford Clinic <br> 801 21st Ave. SE <br> Minot, ND 58701 | | | medical | | | | 400.00 |

Sheet no. __2__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 15,271.61

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Alvstad, Randy E _____   Case No. _____
                              Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>A.R. Audit Services, Inc.<br>3921 Lockport St.<br>Bismarck, ND 58503 | | | Assignee or other notification for:<br>Sanford Clinic | | | | |
| ACCOUNT NO.<br>A.R. Audit Services, Inc.<br>PO Box 6177<br>Bismarck, ND 58506-6177 | | | Assignee or other notification for:<br>Sanford Clinic | | | | |
| ACCOUNT NO. 6895<br>Simmons Bank<br>425 W. Capitol Avenue, 13th Floor<br>Little Rock, AZ 72201 | | | 2008 Kenworth W900L VIN # 1XKWD94X48R217908<br>This truck was a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral. | | | | 48,785.32 |
| ACCOUNT NO.<br>Simmons Bank<br>PO Box 8010<br>Little Rock, AZ 72203 | | | Assignee or other notification for:<br>Simmons Bank | | | | |
| ACCOUNT NO. 4001<br>Stearns Bank<br>PO Box 750<br>Albany, MN 56307-0750 | | | business going broke / leased trailer<br>2006 FONT 48 X 102 Flatbead; VIN# 13N14830061536741<br>This trailer was a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral. | | | | 33,666.12 |
| ACCOUNT NO.<br>Quality Leasing / Stearns Bank<br>PO Box 750<br>Albany, MN 56307-0750 | | | Assignee or other notification for:<br>Stearns Bank | | | | |
| ACCOUNT NO. 4002<br>Stearns Bank<br>PO Box 750<br>Albany, MN 56307-0750 | | | business going broke / leased trailer<br>2007 West 4900 EX; VIN# Y21469<br>This trailer was a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral | | | | 52,632.50 |

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 135,083.94

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Alvstad, Randy E _____ Case No. _____ (If known)
                           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4003 <br> Stearns Bank <br> PO Box 750 <br> Albany, MN 56307-0750 | | | business going broke / leased trailer <br> 2006 FONT 48 X 102 flatbed; VIN# 13N14830961532459 <br> This trailer was a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral | | | | 14,193.60 |
| ACCOUNT NO. 4004 <br> Stearns Bank <br> PO Box 750 <br> Albany, MN 56307-0750 | | | business going broke / leased trailer <br> 2006 FONT 48 X 102 Flatbed; VIN#13N14830461536645 <br> This trailer was a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral | | | | 15,855.06 |
| ACCOUNT NO. 4005 <br> Stearns Bank <br> PO Box 750 <br> Albany, MN 56307-0750 | | | business going broke / leased trailer <br> 1-2013 Great Dane Trailer VIN # 1GRDM9625DH718188 <br> This trailer was a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral | | | | 34,072.50 |
| ACCOUNT NO. <br> Quality Leasing / Stearns Bank <br> PO Box 750 <br> Albany, MN 56307-0750 | | | Assignee or other notification for: <br> Stearns Bank | | | | |
| ACCOUNT NO. 0513 <br> Taylor Companies <br> TPG Transport, LLC <br> PO Box 871149 <br> Mesquite, TX 75187 | | | | | | | 24,365.52 |
| ACCOUNT NO. 7304 <br> Trinity Health <br> PO Box 5010 <br> Minot, ND 58702 | | | medical | | | | 1,711.52 |
| ACCOUNT NO. <br> Red River Collections <br> 1644 Tom Williams Dr., Suite C <br> Fargo, ND 58104 | | | Assignee or other notification for: <br> Trinity Health | | | | |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 90,198.20

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Alvstad, Randy E _____  Case No. _____
                         Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0672<br>Trinity Medical Group<br>PO Box 5010<br>Minot, ND 58702-5010 | | | medical | | | | 459.00 |
| ACCOUNT NO.<br>ProCollect<br>PO Box 389<br>304 18th Ave. SW<br>Minot, ND 58702-0389 | | | Assignee or other notification for:<br>Trinity Medical Group | | | | |
| ACCOUNT NO. 0001<br>Verizon Wireless<br>1 Verizon Place<br>Alpharetta, GA 30004 | | | business / company phones | | | | 1,336.38 |
| ACCOUNT NO. 4222<br>Westlie Truck Center<br>985 29th Ave. E.<br>PO Box 1900<br>Dickinson, ND 58802-1900 | | | | | | | 5,212.63 |
| ACCOUNT NO. 0507<br>Wex Fleet One<br>613 Bakertown Road<br>Antioch, TN 37013 | | | business / fuel | | | | 4,902.00 |
| ACCOUNT NO. 5054<br>Wholesale Truck And Finance<br>2545 N. Opdyke Rd., Suite 105<br>Auburn Hills, MI 48326 | | | business going broke / leased trailer<br>2010 Kenworth T-660; VIN# 3WKAD49X8AF275054<br>2010 Kenworth T-660; VIN# 3WKAD49X6AF275053<br>The above items were a secured debt until repossessed in November, 2014. The amount of debt listed is the total amount of debt before sale of the collateral | | | | 127,000.00 |
| ACCOUNT NO. 8161<br>WSI - ND Workforce Safety & Insurance<br>1600 East Century Ave., Suite 1<br>PO Box 5585<br>Bismarck, ND 58506-5585 | | | | | | | 732.96 |

Sheet no. __5__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 139,642.97

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 427,285.28

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Alvstad, Randy E _____    Case No. _____
                          Debtor(s)                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TGP Leasing, LLC<br>Joe Dickerson<br>PO Box 871149<br>Mesquite, TX  75187-1149 | Equipment Lease<br>vehicle number: 85284, 2011 Peterbilt Tractor, VIN# 1XPT4EX0BD120932<br>vehicle number: 91078, 2011 Dragon Trailer, VIN# 1UNST534XBSO82448<br>vehicle number: 84704, 2007 Kenworth Tractor, VIN# 1NKWXBEX87J185229<br>vehicle number: 99962, 1991 Beall Trailer, VIN# 1BN1M3744MB003179 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only