United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 14-30632 |
| | ) | Chapter 7 |
| Randy Alvstad, | ) | **NOTICE AND MOTION** |
| | ) | **FOR APPROVAL OF** |
| Debtor. | ) | **SALE OF PROPERTY** |
| _____ | ) | |

　　　　Gene W. Doeling, the bankruptcy trustee in this case, requests that the court approve the sale of mineral interests as described below, on BKAssets.com: The mineral interests are located in Mountrail County, ND as follows:

<u>Township 157 N, Range 88W</u>
Section 30: Lots 1, 2, and 3, E ½ NW ¼, NE ¼ NE ¼ SW ¼, N ½ SE ¼ (15 net mineral acres)

　　　　The auction shall run for a period of seven days from the date of court approval of this motion.  The Court has approved the employment by the bankruptcy estate of BKAssets.com, LLC, who shall receive a 10% commission on gross sales price, plus any applicable expenses of up to $250 to procure any necessary legal documents, listing fees, and shipping costs.  The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

　　　　The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING: June 9, 2015　　　　/s/ Gene W. Doeling　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Gene W. Doeling, Bankruptcy Trustee
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 9231
　　　　　　　　　　　　　　　　　　　　　　　Fargo, ND 58106
　　　　　　　　　　　　　　　　　　　　　　　(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re: ) Bky. Case No.: 14-30632
) Chapter 7
Randy Alvstad, )
) **CERTIFICATE OF SERVICE**
Debtor. )
_____ )

Gene W. Doeling of Fargo, ND, swears that on June 9, 2015, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND MOTION FOR APPROVAL OF SALE**

to the parties listed below:

- Robert B. Raschke     USTPRegion12.SX.ECF@usdoj.gov
- Faron E. Terry     bobsta@srt.com
- Michael M. Thomas     mthomas@conmylaw.com, cgronwold@conmylaw.com

14-30632|Ally Financial |P.O. Box 130424|Roseville, MN 55113-0004|||
14-30632|Wells Fargo Dealer Services |PO Box 19657|Irvine, ca 92623-9657|||
14-30632|A.R. Audit Services, Inc. |3921 Lockport St.|Bismarck, ND 58503-5541| |||
14-30632|A.R. Audit Services, Inc. |PO Box 6177|Bismarck, ND  58506-6177| |||
14-30632|Advance Point Capital |51 Haddonfield Road, Suite 135|Cherry Hill, NJ 08002-4803| |||
14-30632|Affinity First Federal Credit Union |811 South Broadway|Minot, ND 58701-4691| |||
14-30632|Ally Financial |PO Box 13625|Philadelphia, PA 19101-3625| |||
14-30632|Ally Financial |PO Box 951|Horsham, PA 19044-0951| |||
14-30632|American Freight Inc. |2399 Merry Ln|White City, OR 97503-1923| |||
14-30632|Anderson, Bottrel, Sanden & Thompson |4132 30th Ave. S, Ste. 100|PO Box 10247|Fargo, ND  58106-0247| ||
14-30632|B & F Salvage |200 36th Ave. NE|Minot, ND 58703-0573| |||
14-30632|CAN Capital Asset Servicing, Inc. |414 W. 14th St.|3rd Floor|New York, NY 10014-1013| ||
14-30632|Capital One Bank (USA), N.A. |PO Box 60599|City Of Industry, CA  91716-0599| |||
14-30632|Capital One Bank (USA), N.A. |PO Box 71083|Charlotte, NC  28272-1083| |||
14-30632|Citi Cards |Processing Center|Des Moines, IA  50363-0005| |||
14-30632|Dixon Insurance, Inc. |PO Box 10307|Fargo, ND 58106-0307| |||
14-30632|FIFTH THIRD BANK|MD# ROPS05 BANKRUPTCY DEPT|1850 EAST PARIS SE|GRAND RAPIDS MI 49546-6253|||
14-30632|Gate City Bank |500 2nd Ave. N.|Fargo, ND 58102-4870| |||

14-30632|Gate City Bank |Broadway @ 11th Ave. SW|Minot, ND  58701| |||
14-30632|Gibsons Energy, LLC |D/B/A TPG Transport, LLC|3819 Town Crossing Blvd., Suite 100|Mesquite, TX 75150-2796| ||
14-30632|J.J. Keller & Associates, Inc. |PO Box 672|Neenah, WI  54957-0672| |||
14-30632|J.J. Keller & Associates, Inc. |PO Box 672|Neenha, WI  54957-0672| |||
14-30632|Keller Paving |1820Hwy 2 Byspass E|Minot, ND  58701| |||
14-30632|Polar Service Centers |10468 First Street SW|Killdeer, ND 58640-9102| |||
14-30632|ProCollect |PO Box 389|304 18th Ave. SW|Minot, ND 58701-6278| ||
14-30632|Quality Leasing / Stearns Bank |PO Box 750|Albany, MN  56307-0750| |||
14-30632|Red River Collections |1644 Tom Williams Dr., Suite C|Fargo, ND 58104-6187| |||
14-30632|Riviera Finance |17 West 415 Roosevelt Road|Oakbrook Terrace, IL  60181| |||
14-30632|Sanford Clinic |801 21st Ave. SE|Minot, ND 58701-6064| |||
14-30632|Simmons Bank |425 W. Capitol Avenue, 13th Floor|Little Rock, AZ 72201-3479| |||
14-30632|Simmons Bank |PO Box 8010|Little Rock, AZ 72203-8010| |||
14-30632|Stearns Bank |PO Box 750|Albany, MN  56307-0750| |||
14-30632|Sundre Sand And Gravel |6220 37th Ave. SE|Minot, ND 58701-8004| |||
14-30632|Taylor Companies |TPG Transport, LLC|PO Box 871149|Mesquite, TX 75187-1149| ||
14-30632|The Fifth Third Bank |PO Box 630778|Cincinnati, OH  45263-0778| |||
14-30632|Trinity Health |PO Box 5010|Minot, ND 58702-5010| |||
14-30632|Trinity Medical Group |PO Box 5010|Minot, ND  58702-5010| |||
14-30632|Verizon Wireless |1 Verizon Place|Alpharetta, GA 30004-8510| |||
14-30632|WSI - ND Workforce Safety & Insurance |1600 East Century Ave., Suite 1|PO Box 5585|Bismarck, ND  58506-5585| ||
14-30632|Wells Fargo |420 Montgomery St.|San Francisco, CA 94104-1298| |||
14-30632|Wells Fargo |PO Bo X29704|Phoenix, AZ  29704| |||
14-30632|Wells Fargo |PO Box 6412|Carol Stream, IL  60197-6412| |||
14-30632|Westlie Truck Center |985 29th Ave. E.|PO Box 1900|Dickinson, ND 58602-1900| ||
14-30632|Wex Fleet One |613 Bakertown Road|Antioch, TN 37013-2657| |||
14-30632|Wholesale Truck And Finance |2545 N. Opdyke Rd., Suite 105|Auburn Hills, MI 48326-1970| |||
14-30632|Angie Birdsell |BKAssets.com, LLC|216 N. Center|Mesa, AZ 85201-6629|||
14-30632|Randy E. Alvstad |405 31st Ave. SE, Lot. 22|Minot, ND 58701-7167||||

/s/ Gene W. Doeling