United States Bankruptcy Court
District of North Dakota

IN RE:                                                         Case No. _____

Alvstad, Randy E                                               Chapter 7
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 153,408.82 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 115,288.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 427,285.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $ 1,861.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 2,498.00 |
| TOTAL | | 24 | $ 153,408.82 | $ 542,573.81 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of North Dakota**

IN RE: _____　　　　Case No. _____

Alvstad, Randy E
_____　　Chapter **7**
　　　　　　　　Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

　　　If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

　　　☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Alvstad, Randy E**  
_____  
Debtor(s)

Case No. _____  
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Affinity First Federal Credit Union**<br>**Minot, ND**<br>personal account no. XX-XX4300; current balance: $30.00<br>business account no. XX7710; current balance: $30.00 | | 60.00 |
| | | **Gate City Bank**<br>**Minot, ND**<br>account no. XXXXXXX3764; current balance: $-100.00 (account opened to purchase camper)<br>account no. XXXXXXX6605; current balance: $-100.00 (this account is a joint account with Kimberly Hamilton) | | 2.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | sofa: $25;  2 living room chairs: $10;  living room table: $1;  living room TV: $25;  living room VCR: $1;  living room stereo: $2;  living room lamp: $1;  silverware: $5;  kitchen table and 4 chairs: $5;  stove: $10;  microwave: $5;  refrigerator: $5;  freezer: $10;  washer: $25;  dryer: $25;  computer equipment: $50;  bedroom TV: $50;  bedroom radio: $2;  bedroom lamp: $2;  tools: $100; | | 359.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 25 Aught6: $150;  9 MM pistol: $100; | | 250.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 14-30682    Doc 36    Filed 09/01/15    Entered 09/01/15 15:42:51    Desc Main
Document      Page 4 of 7

IN RE Alvstad, Randy E
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2014 tax refund $3,137.82<br><br>Mineral Acres<br><br>A) 300 Mineral Acres<br>Section 34<br>S 1/2 of NE 1/4<br>S 3/4 of N 1/2 of NE 1/4<br>N 1/2 of SE 1/4<br>SE 1/4 of SE 1/4<br>(260 acres)<br>Section 35<br>SW 1/4 of SW 1/4 of Sec 35<br>(40 acres)<br><br>B) 140 Mineral Acres<br>Township 159 North, Range 89 West<br>Section 26: NW 1/4<br><br>C) Township 157 N, Range 88 West of the 5th P.M.<br>Section 30: Lots 1, 2, 3, E 1/2 NW 1/4, NE 1/4 NE 1/4 SW 1/4, N 1/2 SE 1/4<br>477.57 Gross Acres / 15.00 Net acres<br><br>Debtor cannot exempt the mineral acres. However, once the Trustee receives the value, debtor would like to know a quote and have the first opportunity to buy back the mineral acres. If that is not possible, the debtor agrees to surrender the mineral acres.<br><br>value: Unknown | | 3,137.82<br><br>0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.    Case 14-30663    Doc 36    Filed 09/01/15    Entered 09/01/15 15:42:51    Desc Main Document    Page 5 of 7

IN RE Alvstad, Randy E
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Ford F-150<br>value: $20,000.00<br>owe: $22,000.00 | | 20,000.00 |
| | | 2012 Arctic Cat Quad Side By Side<br>value: $15,000.00<br>owe: $13,000.00 | | 15,000.00 |
| | | 2012 Ford F-150<br>value: $20,000.000<br>owe: $18,000.00<br>This vehicle belongs to the debtor's son. Debtor is a co-signer on the loan. | | 20,000.00 |
| | | 2014 Chevy 1/2 Ton Crew Cab<br>value: $39,000.00<br>owe: $42,000.00 | | 39,000.00 |
| | | Rapture 5th Wheel Camper<br>value: $40,000.00<br>owe: $41,747.00 | | 40,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) Cont.
Case 14-30663    Doc 36    Filed 09/01/15    Entered 09/01/15 15:42:51    Desc Main
Document    Page 6 of 7

IN RE Alvstad, Randy E _____    Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1979 Schult Mobile Home**<br>value: $15,000.00<br>owe: $0 | | 15,000.00 |
| | | **Western Logistics LLC**<br>This was created for the owner operators. However, the business failed before this LLC was ever used. Therefore, there is no value. | | 0.00 |

TOTAL  153,408.82

___0___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/30)    Case 14-30632    Doc 36    Filed 09/01/15    Entered 09/01/15 15:42:51    Desc Main
Document    Page 7 of 7

IN RE Alvstad, Randy E _____ Case No. _____
                                      Debtor(s)                                           (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash on hand | NDCC § 28-22-05 | 100.00 | 100.00 |
| Affinity First Federal Credit Union Minot, ND personal account no. XX-XX4300; current balance: $30.00 business account no. XX7710; current balance: $30.00 | NDCC § 28-22-05 | 60.00 | 60.00 |
| Gate City Bank Minot, ND account no. XXXXXXX3764; current balance: $-100.00 (account opened to purchase camper) account no. XXXXXXX6605; current balance: $-100.00 (this account is a joint account with Kimberly Hamilton) | NDCC § 28-22-05 | 2.00 | 2.00 |
| sofa: $25; 2 living room chairs: $10; living room table: $1; living room TV: $25; living room VCR: $1; living room stereo: $2; living room lamp: $1; silverware: $5; kitchen table and 4 chairs: $5; stove: $10; microwave: $5; refrigerator: $5; freezer: $10; washer: $25; dryer: $25; computer equipment: $50; bedroom TV: $50; bedroom radio: $2; bedroom lamp: $2; tools: $100; | NDCC § 28-22-05 | 359.00 | 359.00 |
| wearing apparel | NDCC § 28-22-02(5) | 500.00 | 500.00 |
| 25 Aught6: $150; 9 MM pistol: $100; | NDCC § 28-22-05 | 250.00 | 250.00 |
| 2014 tax refund $3,137.82 | NDCC § 28-22-05 | 977.00 | 3,137.82 |
| 2012 Arctic Cat Quad Side By Side value: $15,000.00 owe: $13,000.00 | NDCC § 28-22-05 | 2,000.00 | 15,000.00 |
| 2012 Ford F-150 value: $20,000.000 owe: $18,000.00 This vehicle belongs to the debtor's son. Debtor is a co-signer on the loan. | NDCC § 28-22-03.1(2) | 2,000.00 | 20,000.00 |
| 2014 Chevy 1/2 Ton Crew Cab value: $39,000.00 owe: $42,000.00 | NDCC § 28-22-05 | 2.00 | 39,000.00 |
| 1979 Schult Mobile Home value: $15,000.00 owe: $0 | NDCC § 28-22-02(10) | 15,000.00 | 15,000.00 |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.