## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 14-30632 |
| | ) | Chapter 7 |
| Randy Alvstad, | ) | **ORDER** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

On September 9, 2015, the Bankruptcy Trustee filed a Motion for Approval of Sale of Property, seeking Court approval of an auction sale of mineral interests to be held by BKAssets.com. The Trustee served the motion and notice of the motion. The Court received no objections. Upon review of the motion, the Court finds that the sale appears fair and reasonable and in the best interest of the bankruptcy estate.

Therefore, **IT IS ORDERED** that the Motion for Approval of Sale of Property is **GRANTED**. The Trustee is authorized to sell the bankruptcy estate's interest in mineral rights as described below on BKAssets.com. The assets shall be listed for a period of seven days following the date of this order. The mineral interests are located in Mountrail County, ND as follows:

<u>Township 157 N, Range 88W</u>
Section 34: S ½ NE ¼ and N ½ SE ¼ and SE ¼ SE ¼ and N ½ NE ¼
Section 25: SW ¼ SW ¼ and NW ¼ SW ¼ lying South and West of Highway 40
Section 30: Lots 1, 2, and 3, E ½ NW ¼, NE ¼ NE ¼ SW ¼, N ½ SE ¼

The trustee is further authorized to deliver title or execute such other documents necessary to effectively sell the asset and convey title to the purchaser at such sale.

Dated this 2nd day of October, 2015

<u>/s/   SHON HASTINGS</u>
Shon Hastings, Judge
United States Bankruptcy Court