**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 14-30632 |
| | ) | Chapter 7 |
| Randy Alvstad, | ) | |
| | ) | **MOTION FOR AMENDED ORDER** |
| Debtor. | ) | **WITH NOTICE** |
| _____ | ) | |

The bankruptcy trustee respectfully requests that the Court issue an Amended Order regarding the trustee's sale of mineral interests, due to a scrivener's error.

The trustee made a Notice and Motion for Sale of Property to sell mineral interests located in Mountrail County, ND on BKAssets.com (Doc. #39). No objection was made, and the Court issued an order approving the sale on July 9, 2015 (Doc. #42).

Part of the subject mineral interests are in Section 35, not Section 25 as indicated in the motion and the order. The correct legal description for the interests to be sold in Mountrail County is as follows:

Township 157 N, Range 88W
Section 34: S ½ NE ¼ and N ½ SE ¼ and SE ¼ SE ¼ and N ½ NE ¼
Section 35: SW ¼ SW ¼ and NW ¼ SW ¼ lying South and West of Highway 40
Section 30: Lots 1, 2, and 3, E ½ NW ¼, NE ¼ NE ¼ SW ¼, N ½ SE ¼

THEREFORE, the bankruptcy trustee respectfully requests that the Court issue an Amended Order authorizing the trustee to sell the mineral interests of the bankruptcy estate in Section 35, Township 157N, Range 88W, rather than Section 25.

**NOTICE OF MOTION:** Your rights may be affected in the action. You should read the papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee. If you do not take this step the court may assume that you do not oppose the action and the court may enter an Order approving the request made in these legal documents.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court<br>Quentin N. Burdick U.S. Courthouse<br>655 First Ave. N. – Suite 210<br>Fargo, ND 58107-4932 | United States Trustee<br>314 South Main Ave.<br>Suite 303<br>Sioux Falls, SD 57104-6462 | Trustee<br>(See<br>address<br>below) |

DATE OF MAILING: October 8, 2015     /s/ Gene W. Doeling

Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 14-30632 |
| | ) | Chapter 7 |
| Randy Alvstad, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| _____ | ) | |

    Gene W. Doeling of Fargo, ND, swears that on October 8, 2015, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically to the given email address, a true and correct copy of the following:

**MOTION FOR AMENDED ORDER WITH NOTICE**

to the parties listed below:

☐ Robert B. Raschke     USTPRegion12.SX.ECF@usdoj.gov
☐ Faron E. Terry     bobsta@srt.com
☐ Michael M. Thomas     mthomas@conmylaw.com, cgronwold@conmylaw.com

Ally Financial
P.O. Box 130424
Roseville, MN 551113

Angie Birdsell
BKAssets.com, LLC
216 N. Center
Mesa, AZ 85201

                                                                     /s/ Gene W. Doeling